NUMBER
13-02-289-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

ANTHONY WAYNE HOGAN,                                                  Appellant,

 

                                                   v.

 

TDCJ-IP, W. G. McCONNELL PENAL PLANTATION 

DISCIPLINARY AND
HEARING RECORD SECTION,                     Appellee.

____________________________________________________________________

 

                        On
appeal from the 156th 
District Court

                                    of
Bee County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                    Before
Justices Dorsey, Hinojosa, and Rodriguez

Opinion
Per Curiam

 








Appellant, ANTHONY WAYNE HOGAN, perfected an appeal
from a judgment entered by the 156th District Court of Bee County, Texas, in cause number B-02-1006-CV-B.  After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. 
Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 18th
day of July, 2002.